SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
KARIN DOUGAN VOGEL, Cal. Bar No. 131768
Email: kvogel@sheppardmullin.com
J. BARRETT MARUM, Cal. Bar No. 228628
Email: bmarum@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
Telephone: 619-338-6500
Facsimile: 619-234-3815

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
Email: fpuglisi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NetBank, FSB

FILED

2008 MAR 14 PM 2:41

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RONNIE CLAYTON dba CLAYTON TRUCKING; JEAN HOGUE; VASILE BORTIS dba BORTIS PERFORMANCE MACHINE CO.; MARIA BORTIS; ANDREW MICKLOS dba MIC TRUCKING; RAUL BARRILE dba BARR MACHINE SHOP; DIJAMAAN, INC., dba PRESTIGE AUTO SERVICE; ESHRAT THOBANI; AZIM THOBANI; HENRY MONTGOMERY dba PICTURE PERFECT AUDIENCES; DAPHNEY MONTGOMERY; MALIBU FARMS, INC.; JEFFERY GLASER; McCORMIC FRESH HERBS, LLC; PRECISION RELOCATION, LLC; PREMIER OFFICE SERVICES, LLC; KIRK O'GILVY; DOUGLAS PIERSANT; BOBBY J. HAMBY, JR., D.C. dba WALNUT FAMILY CHIROPRACTIC; OLENA HANBY; WHITE AND YELLO CAB, INC. dba

Case No. CV08-01755 PSG (VBKx)

**NOTICE OF REMOVAL OF ACTION UNDER 12 U.S.C. § 1819 [Removal by FDIC]**

A TAXI CAB; HOSSEIN NEBATI; ST. CLAIR THOMAS; WILLIAM LEIGON AND ASSOCIATES, INC. dba HUNTINGTON WINE CELLARS; WILLIAM L. LEIGON dba WILLIAM LEIGON & ASSOCIATES; DENAE LEIGON; ROBERT HOUCHIN, DDS, PSCA, INC.; EDUARDO RAMIREZ dba BAG SPECIALISTS; MIGUEL ELIAS dba REVCO INDUSTRIES; DIANA RODRIGUEZ dba BIO DIAGNOSTIC IMAGING and dba ADVANCED BIO DIAGNOSTICS; THE WILLIS BALLET, INC.; PEGGY WILLIS; PAUL AARNIO; PROVIDENT MEDICAL MANAGEMENT GROUP, INC.; SHAWN DODD; JAMES C. DODD; PINNACLE DISPOSAL AND ENVIRONMENTAL SERVICES, INC.; TIMOTHY DANIEL MALCZYNSKI; ROBERT LEE GALE,

Plaintiffs,

v.

RONALD FISHER, an individual; STERLING WAYNE PERTLE, an individual; MARK FISHER, an individual; CMC LEASE FUNDING 1998-1, LLC; CMC LEASE FUNDING II, INC.; CMC LEASE FUNDING 2000-220, L.P., a Texas Limited Partnership; CMC LEASE FUNDING, LLC; CMC LEASE FUNDING 2000-1, INC.; CMC LEASE FUNDING 2000-2, INC.; CMC LEASE FUNDING 2001-1, INC.; CMC LEASE FUNDING 2001-2, INC.; CMC LEASE FUNDING 2001-3, INC.; CMC LEASE FUNDING III; AMWEST SURETY INSURANCE COMPANY, INC., a Nebraska Corporation; SAFECO SURETY COMPANY, a Washington Corporation; ILLINOIS UNION INSURANCE COMPANY; RANGER INSURANCE COMPANY, a Delaware Corporation; FRONTIER INSURANCE COMPANY; AMERICAN MOTORISTS INSURANCE COMPANY; RLI INSURANCE COMPANY; ROYAL AND SUN ALLIANCE USA; EPIC

FUNDING CORPORATION; NETBANK, INC., a Georgia Corporation; FOOTBRIDGE LIMITED TRUST, a Bermuda Trust Cmpany; GENERAL ELECTRIC CAPITAL CORPORATION, a New York Corporation; GUARDIAN CAPITAL V, LLC; GUARDIAN CAPITAL VI, LLC; GUARDIAN CAPITAL VIII, LLC; GUARDIAN CAPITAL IX, LLC; GUARDIAN CAPITAL XIV, LLC; GUARDIAN CAPITAL XV, LLC; GUARDIAN CAPITAL XVIII, LLC; GUARDIAN FINANCIAL, INC.; DIVERSITY CAPITAL II, LLC; CITIBANK,, N.A., AMERIANA BANK & TRUST OF INDIANA; ATLANTIC COAST FEDERAL, a Federal Savings Bank; BANK OF WAUKEGAN; BLUEBONNET SAVINGS BANK, FSB; RIVERWAY BANK; UNITED SECURITY BANK; LAKELAND BANK; SKY BANK; THE HUNTINGTON NATIONAL BANK; THE METROPOLITAN BANK & TRUST; THE SECOND NATIONAL BANK; STUART ALLAN; U.S. BANCORP; CASH RECOVERY, LLC; and DOES 1 through 720, inclusive,

Defendants.

PLEASE TAKE NOTICE that Defendant Federal Deposit Insurance Corporation, as Receiver for NetBank, FSB ("FDIC") hereby removes to this Court the state court action described below.

1. An action entitled RONNIE CLAYTON dba CLAYTON TRUCKING; JEAN HOGUE; VASILE BORTIS dba BORTIS PERFORMANCE MACHINE CO.; MARIA BORTIS; ANDREW MICKLOS dba MIC TRUCKING; RAUL BARRILE dba BARR MACHINE SHOP; DIJAMAAN, INC., dba PRESTIGE AUTO SERVICE; ESHRAT THOBANI; AZIM THOBANI; HENRY MONTGOMERY dba PICTURE PERFECT AUDIENCES; DAPHNEY

MONTGOMERY; MALIBU FARMS, INC.; JEFFERY GLASER; McCORMIC FRESH HERBS, LLC; PRECISION RELOCATION, LLC; PREMIER OFFICE SERVICES, LLC; KIRK O'GILVY; DOUGLAS PIERSANT; BOBBY J. HAMBY, JR., D.C. dba WALNUT FAMILY CHIROPRACTIC; OLENA HANBY; WHITE AND YELLO CAB, INC. dba A TAXI CAB; HOSSEIN NEBATI; ST. CLAIR THOMAS; WILLIAM LEIGON AND ASSOCIATES, INC. dba HUNTINGTON WINE CELLARS; WILLIAM L. LEIGON dba WILLIAM LEIGON & ASSOCIATES; DENAE LEIGON; ROBERT HOUCHIN, DDS, PSCA, INC.; EDUARDO RAMIREZ dba BAG SPECIALISTS; MIGUEL ELIAS dba REVCO INDUSTRIES; DIANA RODRIGUEZ dba BIO DIAGNOSTIC IMAGING and dba ADVANCED BIO DIAGNOSTICS; THE WILLIS BALLET, INC.; PEGGY WILLIS; PAUL AARNIO; PROVIDENT MEDICAL MANAGEMENT GROUP, INC.; SHAWN DODD; JAMES C. DODD; PINNACLE DISPOSAL AND ENVIRONMENTAL SERVICES, INC.; TIMOTHY DANIEL MALCZYNSKI; ROBERT LEE GALE v. RONALD FISHER, an individual; STERLING WAYNE PERTLE, an individual; MARK FISHER, an individual; CMC LEASE FUNDING 1998-1, LLC; CMC LEASE FUNDING II, INC.; CMC LEASE FUNDING 2000-220, L.P., a Texas Limited Partnership; CMC LEASE FUNDING, LLC; CMC LEASE FUNDING 2000-1, INC.; CMC LEASE FUNDING 2000-2, INC.; CMC LEASE FUNDING 2001-1, INC.; CMC LEASE FUNDING 2001-2, INC.; CMC LEASE FUNDING 2001-3, INC.; CMC LEASE FUNDING III; AMWEST SURETY INSURANCE COMPANY, INC., a Nebraska Corporation; SAFECO SURETY COMPANY, a Washington Corporation; ILLINOIS UNION INSURANCE COMPANY; RANGER INSURANCE COMPANY, a Delaware Corporation; FRONTIER INSURANCE COMPANY; AMERICAN MOTORISTS INSURANCE COMPANY; RLI INSURANCE COMPANY; ROYAL AND SUN ALLIANCE USA; EPIC FUNDING CORPORATION; NETBANK, INC., a Georgia Corporation; FOOTBRIDGE LIMITED TRUST, a Bermuda Trust

Cmpany; GENERAL ELECTRIC CAPITAL CORPORATION, a New York Corporation; GUARDIAN CAPITAL V, LLC; GUARDIAN CAPITAL VI, LLC; GUARDIAN CAPITAL VIII, LLC; GUARDIAN CAPITAL IX, LLC; GUARDIAN CAPITAL XIV, LLC; GUARDIAN CAPITAL XV, LLC; GUARDIAN CAPITAL XVIII, LLC; GUARDIAN FINANCIAL, INC.; DIVERSITY CAPITAL II, LLC; CITIBANK,, N.A., AMERIANA BANK & TRUST OF INDIANA; ATLANTIC COAST FEDERAL, a Federal Savings Bank; BANK OF WAUKEGAN; BLUEBONNET SAVINGS BANK, FSB; RIVERWAY BANK; UNITED SECURITY BANK; LAKELAND BANK; SKY BANK; THE HUNTINGTON NATIONAL BANK; THE METROPOLITAN BANK & TRUST; THE SECOND NATIONAL BANK; STUART ALLAN; U.S. BANCORP; CASH RECOVERY, LLC; and DOES 1 through 720, inclusive, Los Angeles Superior Court Case No. BC 253169, is presently pending in the California Court of Appeal, Second Appellate District, Division Four, Case No. B179134 (the "State Action"). On September 28, 2007 the Office of Thrift Supervision ("OTS") appointed the FDIC as Receiver for NetBank, FSB ("NetBank"). On March 11, 2008 the FDIC timely and properly moved to be substituted into the State Action in NetBank's place pursuant to California Rules of Court, Rule 8.36(a) and 12 U.S.C. § 1821(d)(2)(A)(i).

2. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and 12 U.S.C. § 1819(b)(2)(A), and it is one which may be removed to this Court by the FDIC pursuant to the provisions of 12 U.S.C. § 1819(b)(2)(B) insofar as it is a civil action against the FDIC in the FDIC's capacity as Receiver for a failed financial institution.

3. Pursuant to 12 U.S.C. 1819(b)(2)(B) the FDIC, as Receiver for NetBank, has the right to "remove any action, suit or proceeding from a State court

to the appropriate United States district court before the end of the 90-day period beginning on the date the action suit, or proceeding is filed against the [FDIC] or the [FDIC] is substituted as a party." The 90-day removal period begins running from the date the FDIC is officially substituted into the case, not the date on which OTS appoints the FDIC receiver. *See Buczkowski v. FDIC*, 415 F.3d 594, 596 (7th Cir. 2005). Likewise, the FDIC may remove a case that is pending on appeal in a State court. *Resolution Trust Corp. v. BVS Development, Inc.*, 42 F.3d 1206, 1211 (9th Cir. 1994) (holding that the RTC can remove a case from state court even though it is pending on appeal and noting that by so holding the court "join[ed] the courts of appeal for seven circuits that have already ruled on this issue with regard to the RTC's or the FDIC's removal powers.").

4.  Upon removal of a case pending in a state appellate court, the district court's role is, in most cases, limited to adoption of the state court judgment and preparation of the record for transmission to the appropriate circuit court of appeals. *See BVS Development, Inc.*, 42 F.3d at 1211 ("Further, adoption of state court judgments on removal is not novel. It is settled that a federal court must take a case as it finds it on removal, requiring a district court to treat a prior state judgment as though it had been validly rendered in a federal proceeding."); *FDIC v. Keating*, 12 F.3d 314, 317 (1st Cir. 1993) ("Where, as in this appeal, post-judgment relief is no longer available, the district court shall adopt the decision of the state court as its own, prepare the record as required for appeal, and forward the case to the federal appeals court for review.") Such is the case here since the time in which post-judgment motions could have been brought has long since passed.

5.  Joinder of the other defendants to this notice of removal is not necessary. 12 U.S.C. § 1819(b)(2)(B); *Davis v. FDIC*, 879 F.2d 1288, 1289 (5th Cir. 1989).

6. Pursuant to 28 U.S.C. § 1446(a), attached hereto (in multiple parts) are all of the process, pleadings and orders contained within the files of NetBank's and the FDIC's counsel. The FDIC is informed and believes that these documents are all of the process, pleadings and orders that were served upon NetBank and/or the FDIC in the State Action. To the extent these documents do not represent the entire case file, and the FDIC has reason to believe that they do not, the FDIC respectfully requests that the Court issue writs of certiorari to the California Court of Appeal, Second Appellate District, Division Four (Case No. B179134) and the Los Angeles Superior Court (Case No. BC 253169) directing such courts to provide this Court with the entire case file pursuant to 28 U.S.C. § 1447(b).

Dated: March 13, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By [signature]

KARIN DOUGAN VOGEL
J. BARRETT MARUM
Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for NetBank, FSB

*Clayton, et al. vs. CMC, et al.*

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **March 13, 2008**, I served the following document(s) described as **CIVIL COVER SHEET; NOTICE OF REMOVAL OF ACTION UNDER 12 U.S.C. § 1819 [Removal by FDIC] [Exhibits Not Included]** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐ **BY ELECTRONIC MAIL:** Said document(s) was transmitted by electronic mail The name(s) and email addresses of the person(s) served are set forth in the service list.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 13, 2008**, at San Diego, California.

Phyllis Chavez

# SERVICE LIST

## Plaintiffs

Plaintiffs Ronnie Clayton etc et al.

Thomas E. McCurnin
Mark A. Newton
Barton, Klugman & Oetting
333 South Grand Ave., Suite 3700
Los Angeles, CA 90071
Tel 213-621-4000
Fax 213-625-1832
tmccurnin@bkolaw.com
mnewton@bkolaw.com

## Individual Defendants

Ronald Fisher

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

Mark Fisher

Stephen L. Schreiner
Mazarella, Dunwoody & Caldarelli
550 West C Street, Suite 700
San Diego, CA 92101
Tel 619-238-4900
Fax 619-238-4959
sschreiner@mdclaw.com

Cash Recovery, LLC

Mark Arvin/Member
180 North LaSalle St., Suite 3120
Chicago, IL 60601

Stirling Wayne Pirtle

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING, LLC

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING 1998-1, LLC

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING 2000-220, LP

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING II, INC.

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING III, INC.

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING 2001-1, INC.

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING 2000-1, INC.

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING 2000-2, INC.

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING 2001-2, INC.

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

CMC LEASE FUNDING 2001-3, INC.

Robert N. Serota
Kimball Serota LLP
520 S. 6th Street
Las Vegas, NV 89101
Tel 702-262-0234
Fax 702-262-0230
email rserota@aol.com

**Lenders**

Ameriana Bank and Trust

Andrew K. Alper
Thomas M. Robbins
Frandzel Robins Bloom & Csato
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048
Tel 323-852-1000
Fax 323-651-2577
aalper@frandzel.com

Atlantic Coast Federal

John Rapore
Gilchrest & Rutter
1299 Ocean Ave., Suite 900
Santa Monica, CA 90401
Tel 310-393-4000
Fax 310-393-4026
jr@grlawyers.com

NorStates Bank f/k/a Bank of Waukegan and Texas State Bank f/k/a Riverway Bank

Jeffrey L. Galliher, Esq.
Ham Galliher, LLP
550 East Charleston Blvd., Suite B
Las Vegas, NV 89104
Tel 702-474-6999
Fax 702-474-6998

Epic Funding

Stephen P. Soskin
Charlston, Revich & Chamberlin
1925 Century Park E, Suite 1250
Los Angeles, CA 90067-2746
Tel 310-551-7000
Fax 310-203-9321
ssoskin@crcllp.com

Bluebonnet Savings

Mark Beck
Eric A. Gressler
Beck, DeCorso Daly & Kreindler
601 West Fifth St., 12th Fl.
Los Angeles, CA 90071
Tel 213-688-1198
Fax 213-489-7532
egressler@beckdecorso.com

Bluebonnet Savings

Mitchell Berger
*Admitted Pro Hac Vice*
Ugo Colella
*Admitted Pro Hac Vice*
Patton Boggs LLP
2550 "M" Street, N.W.
Washington, D.C. 20037
Tel 202-457-6000
Fax 202-457-6315

CitiBank

Barry R. Ostrager
George S. Wang
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017
Tel 212-455-2228
Fax 212-455-2502
gwang@stblaw.com

Citibank

Ross E. Viselman
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars
Suite 2900
Los Angeles, CA 90067-4607
Tel 310-407-7500
Fax 310-407-7502
rviselman@stblaw.com

United Security Bank

John E. Peterson
Jory, Peterson, Watkins & Smith
555 West Shaw Ave., C-1
Fresno, CA 93704
Tel 559-225-6700
Fax 559-225-3416
jep@jpws.com

Footbridge Limited Trust

Scott J. Hyman
Adam A. Hutchinson
Severson & Werson
19100 Von Karman, Suite 700
Irvine, CA 92612
Tel 949-442-7110
Fax 949-442-7118
aah@severson.com
sjh@severson.com

Footbridge Limited Trust

Rhonda L. Nelson
Severson & Werson
One Embarcadero, Suite 2600
San Francisco, CA 94111
Tel 415-398-3344
Fax 415-956-0439
rln@severson.com

Lakeland Bank

Robert G. Campbell
Cox Castle Nicholson
2049 Century Park East, 28th Fl.
Los Angeles, CA 90067
Tel 310-277-4222
Fax 310-277-7889
rcampbell@coxcastle.com

GE Capital

Maureen F. Hallahan
Procopio Cory Hargreaves & Savitch
530 B Street, Suite 2100
San Diego, CA 92101
Tel 619-238-1900
Fax 619-235-0398
mfh@procopio.com

Guardian Capital

B. Casey Yim
Murchison & Cumming
801 S. Grand Avenue, 9th Floor
Los Angeles, CA 90017
cyim@murchison-cumming.com

Net Bank

Hilary Harp
Powell Goldstein Frazer & Murphy
191 Peachtree St., NE, 16th Floor
Atlanta, GA 30303
Tel 404-572-4531
Fax 404-572-6999
hharp@pgfm.com

Net Bank

John D. Berchild, Jr.
Sheppard Mullin Richter & Hampton
333 So. Hope Street, 48th Floor
Los Angeles, CA 90071
Tel 213-620-1780
Fax 213-620-1398
jberchild@smrh.com

Net Bank

Karin Dougan Vogel, Esq.
Sheppard Mullin Richter & Hampton
501 West Broadway, 19th Floor
San Diego, CA 92101
Tel 619-338-6500
Fax 619-234-3815
kvogel@sheppardmullin.com

The Huntington National Bank

James H. Broderick, Jr.
Xianchun J. Vendler
Squire Sanders & Dempsey LLP
555 S. Flower St., Suite 3100
Los Angeles, CA 90071-2300
Tel 213-624-2500
Fax 213-623-4581
xvendler@ssd.com

Riverway Bank

Jeffrey L. Galliher
Cobeaga Tomlinson
228 S. Fourth St., Third Floor
Las Vegas, NV 89101
Tel 702-240-2499
Fax 702-240-2489
jgalliher@cotomlaw.com

Metropolitan Bank & Trust Co.

James H. Broderick, Jr.
Xianchun J. Vendler
Squire Sanders & Dempsey LLP
555 S. Flower St., Suite 3100
Los Angeles, CA 90071-2300
Tel 213-624-2500
Fax 213-623-4581
xvendler@ssd.com

American Motorists Insurance

Christian J. Gascou
Gascou Hopkins, LLP
10990 Wilshire Blvd., Suite 1280
Los Angeles, CA 90024
Tel 310-445-1816
Fax 310-445-1886
cgascou@gascouhopkins.com

Royal Indemnity Company

Peter Wolfson
Sonnenschein Nath and Rosethal
24th Floor
1221 Avenue of the Americas
New York City, NY 10020
Tel 212-768-6828
Fax 212-768-6700
pwolfson@sonnenschein.com

Sky Bank

James H. Broderick, Jr.
Xianchun J. Vendler
Squire Sanders & Dempsey LLP
555 S. Flower St., Suite 3100
Los Angeles, CA 90071-2300
Tel 213-624-2500
Fax 213-623-4581
xvendler@ssd.com

The Second National Bank of Warren

James H. Broderick, Jr.
Xianchun J. Vendler
Squire Sanders & Dempsey LLP
555 S. Flower St., Suite 3100
Los Angeles, CA 90071-2300
Tel 213-624-2500
Fax 213-623-4581
xvendler@ssd.com

**Sureties**

Local Counsel for Royal Indemnity Company

James R. Patterson
Harrison, Patterson & O'Connor
402 West Broadway, Suite 1905
San Diego, CA 92101
Tel 619-756-6990
Fax 619-756-6991
jpatterson@hpolaw.com

Safeco Insurance

Thomas T. Johnson
Booth, Mitchel & Strange
707 Wilshire Blvd., Suite 4450
Los Angeles, CA 90017
Tel 213-738-0100
Fax 213-380-3308
ttjbms@aol.com

Royal Indemnity Company

Gerald E. Fradin
*Admitted Pro Hac Vice*
Sonnenschein Nath & Rosenthal
Sears Tower, Suite 8000,
233 South Wacker Drive
Chicago, IL 60606
Tel 312-876-2390
Fax 312-876-7934
gfradin@sonnenschein.com

Illinois Union

Paul Guelpa
Mitchell Silberberg & Knupp
11377 West Olympic Blvd.
Los Angeles, CA 90064
Tel 310-312-2000
Fax 310-312-3100
pag@msk.com

RLI Insurance

Michael Prough
Morison-Knox Holden Melendez & Prough
500 Ygnacio Valley Rd, Suite 450
Walnut Creek, CA 94596
Tel 925-974-5103
Fax 925-937-3277
mdp@Morison-Knox.com

**Servicers**

U.S. Bancorp

Jeff Fulton
Law Offices of Jeff Fulton
1545 Hotel Circle South
Suite 140
San Diego CA 92108
Tel 619-688-0018
Fax 619-688-0088
wjefferyfulton@aol.com

Richard Levine
330Washington Blvd., Suite 717
Los Angeles, CA 90292
Tel 310-306-2553
Fax 310-306-8026
richlevine@cox.net.com

Stuart Allen

Dean P. Sperling
201 East Sanpointe, Suite 220
Santa Ana, CA 92707
Tel 714-438-8090
Fax 714-438-8088
dean@sperlinglaw.com

**Other Interested Parties**

California Supreme Court
300 So. Spring Street, 2nd Floor
Los Angeles, CA 90013
**(4 Copies)**

U.S. Bankruptcy Trustee

Richard M. Kipperman
Box 3939
La Mesa, CA 91944
Tel 619-668-4508

Counsel for U.S. Trustee

Jesse S. Finlayson, Esq.
Gibson, Dunn & Crutcher LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Direct Tel 949-451-3835
Direct Fax 949-475-4692
jfinlayson@gibsondunn.com

Los Angeles Superior Court

Hon. Charles W. McCoy, Judge
Department 323
Los Angles Co. Superior Court
Civil Central West
600 South Commonwealth
Los Angeles, CA 90005

Attorney General's Office

Bill Lockyer, Attorney General
California Department of Justice
300 So. Spring Street, 5th Floor
Los Angeles, CA 90013

Second Civil No. B179134
L.A.S.C. Case No. BC 253169