# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE CLAYTON, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>RONALD FISHER, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:08-CV-01755-PSG-VBK<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, __RICHARD A. SOLOMON__ , __82923__ , __RICHARD@SGSSLAW.COM__
     *Name*                         *CA Bar ID Number*                 *E-mail Address*

☐ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
NO LONGER COUNSEL OF RECORD.

and am requesting the following change(s):

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
                        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

---

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
E-mail address _____

---

☑ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX

☑ The order relieving me as counsel of record was filed on: <u>SUBSTITUTION - MAY 1, 2002</u>.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: 4/24/08

Attorney Signature

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.

**PROOF OF SERVICE**
(CCP § 1013A(3))

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12555 High Bluff Drive, Suite 260, San Diego, CA 92130.

On April 24, 2008, I served the foregoing document(s): **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Marueen F. Hallahan<br>Procopie Cory Hargreaves & Savitch<br>530 B Street, Suite 2100<br>San Diego, CA 92101 | Karin Dougan Vogel<br>Sheppard Mullin Richter & Hampton<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3598 |
| Mark A. Newton<br>Barton Klugman & Oetting<br>333 S. Grand Avenue, Suite 3700<br>Los Angeles, CA 90071 | Sherri D. Martinelli<br>Watt Tieder Hoffar and Fitzgerald<br>2040 Main Street, Suite 300<br>Irvine, CA 92614 |

/X/   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U. S. Postal Service pursuant to which practice the correspondence will be deposited with the U. S. Postal Service this same day in the ordinary course of business.

/ /   (VIA UPS NEXT DAY AIR) I caused such envelope to be placed in the UPS depository at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with UPS on that same day at San Diego, California in the ordinary course of business.

/ /   (VIA FACSIMILE TRANSMISSION) I caused such document to be sent via facsimile transmission on this date during regular business hours to the addressee(s) as shown above. The facsimile machine utilized complies with California Rule of Court 2003(3) and no error was reported by the machine. Pursuant to California Rule of Court 2008(4) I caused the machine to print a transmission record of the transmission.

/ /   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 24, 2008, at San Diego, California.

_____
Denise A. Arviso